

ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America


Grace Gong
Managing Attorney
ShinyRise PLLC
T: +001 (202) 818-8086
zheng.gong@shinyrise.com

**VIA DocuSign**

February 25, 2024

ATTN: Mr. Mingjie Wang (王明杰 先生)

SAFE & SAFETY INC.
1312 17TH ST #692
DENVER, CO 80202

Phone: (+86) 181-0930-0800
Email: 451191391@qq.com

**Matter Number:** 240225001.CC
**Re: Agreement for Legal Services**


Dear Mr. Wang:

Thank you for selecting us to serve as your counsel. The purpose of this engagement letter ("**Agreement**") is to outline the nature of the engagement and our respective responsibilities and expectations under this Agreement.

The Law Office of Shaoyi Che, PLLC, a Texas Domestic Professional Limited-Liability Company (5995 Gordon St Apt 1165, Frisco, TX 75034; sche@chelaw.global, 717-440-3382), hereby agrees to share both legal and financial responsibilities related to the engagement specified in this Agreement. In exchange, the Law Office of Shaoyi Che, PLLC will also share a portion of the attorney fees as detailed within this Agreement.

### 1. Scope of the Engagement

We have been asked to represent SAFE & SAFETY INC. ("**You**", "**Your**", "**Yours**", or the "**Businesses**"). You warrant and represent that You are the true and only owner of the patent US Patent No. 11112212 B2 ("**the '212 Patent**"). The scope of this engagement is limited to (1) conduct an analysis to assess potential infringement of the '212 Patent by the products identified in Exhibit A; ("**Phase I**") (2) depending on the findings from Phase I, undertake the preparation and submission of (a) a patent infringement complaint against some or all the potential infringer listed in Exhibit A, and (b) an ex parte motion for entry of temporary restraining order and order restraining transfer of assets, and (c) a motion for preliminary injunction against the accused infringers in said complaint; ("**Phase II**") and (3) engaging in settlement negotiations with said accused infringers ("**Phase III**"). Phases I, II, and III, collectively referred to as "**This Matter**," constitute the entirety of the legal services provided under this engagement.

1



ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America

For clarity, this engagement does not include court proceedings not listed in This Matter, for example but not limited to, responding to any counterclaims, motion to lift injunctions, motion to dismiss, handling patent invalidity disputes, discoveries, etc. Our representation may be expanded if You and we separately agree in writing to do so. Any additional services will require an additional, separate, written agreement with additional legal fees.

While we strive to provide excellent service, the outcome of any matter is subject to inherent risks and other factors beyond our control. Therefore, we have not made, and cannot make, any guarantees or promises concerning the outcome of This Matter.

## 2. Attorneys' Fees

We agree to undertake this engagement in the scope explicitly stated in the first paragraph of the Section 1 above on

(1) a flat fee component of Twenty-Five Thousand US Dollars (USD 25,000.00) for Phase I; and
(2) a flat fee component of Ten Thousand US Dollars (USD 10,000.00) for Phase II; and
(3) a contingency fee component for Phase III, that is, the contingency fee is only due if you recover settlement payment(s) and our contingency fee will be thirty five percent (35%) of all amounts recovered on your behalf.

To the extent we provide other services not listed in the first paragraph of the Section 1 above, You agree that such services will be billed at Six Hundred US Dollars per hour (USD 600.00/h) unless the parties agree to other alternative fee arrangements.

You agree that You shall be liable to pay all applicable fees. Payment of our fee is not contingent upon the outcome of This Matter. The flat fee above shall be deposited to the following account before we provide any services.

Below please find our bank account information:

| Please Include Your Matter Number In Your Payment Note: 240225001.CC | |
|---|---|
| 在操作支付时，请在您的转账留言区填写事项号码：240225001.CC | |
| Receiving Bank Name: | ██████████████ |
| Receiving Bank Address: | ████████████████ |
| Account Name: | Shinyrise PLLC |
| Account Number: | ███████ |
| Routing Number:<br>(ACH) | ███████ |
| Swift Code: | ███████ |
| ABA Bank Routing Number:<br>(Wire Transfer) | ██████ |
| Zelle | █████████ |

2

<span style="color:red">CONFIDENTIAL AND PRIVILEGED</span>

DocuSign Envelope ID: 032A1707-84E2-4A43-9014-31E3C5E637D0



ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America

### 3. Expenses

In addition to our fees, in the course of providing services to You, we may incur expenses, such as deposition fees, court costs, bonds, filing fees, expert and non-expert witness fees, document binding, delivery and postal services fees. You are responsible for such out-of-pocket expenses. Expenses will be billed as they are specifically incurred. We shall obtain Your consent before retaining any third-party service providers or vendors. Expense items incurred on Your behalf will be itemized separately on our billing statements if there are any.

### 4. Billing

In the event that You fail to remain current in the payment of legal fees as provided herein, You agree that we may at any time thereafter cease any further legal work in This Matter and withdraw as counsel, upon notice to you, subject to any necessary approval by the appropriate courts or other tribunals and to our general ethical obligations.

### 5. Effective Date

This agreement will not take effect, and we will have no obligation to provide services to You, until You return a signed copy of this agreement, but the effective date of this agreement will be retroactive to the date we first provided legal services to You. Even if this agreement is not executed and returned by You, or in the event that our services and representation under this Agreement is terminated before the closure of This Matter, You will be obligated to pay the reasonable value (Six Hundred US Dollars per hour (USD 600.00/h)) of any services we may have performed for You at Your direction.

### 6. Termination of the Representation

Upon written notice to the firm by email to Ms. Grace Gong, You shall have the right at any time to terminate our services and representation under this Agreement. Such termination, however, shall not relieve You of the obligation to pay for all services rendered and costs and expenses paid or incurred on Your behalf in accordance with this Agreement prior to the date of such termination.

We also have the right to terminate the representation, subject to an obligation to give You reasonable notice to arrange for alternative representation. Good cause to withdraw includes, but is not limited to, (a) Your failure to honor the terms of the engagement, (b) Your failure to cooperate or follow our advice on a material matter, (c) circumstances where our continued representation would be unlawful or unethical, or (d) any other reason permitted by the applicable ethics rules.

In the event that we terminate the engagement for good cause, You remain obligated to pay all outstanding balances. We will inform You about the termination in writing by the email address you provided in this letter, and we will take such steps as are reasonably practicable to protect Your interests in This Matter. You agree to take all steps necessary to free us of any obligation to perform further, including the execution of any documents necessary to perfect our withdrawal. If permission to withdrawal is required by a court, we will promptly apply for such permission and You agree to engage successor counsel to represent You.

After this engagement concludes, we have no further obligation to advise You. As such, if there are any later legal developments that may impact Your future rights and liabilities, including changes in the applicable laws or regulations, our additional services on such developments will require an additional, separate, written agreement.

CONFIDENTIAL AND PRIVILEGED



ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America

### 7. Client Property

During the engagement, we will maintain all documents relevant to this representation. Some internal materials related to our representation of You, such as administrative records, time and expense reports, internal communications and research, and accounting records, will belong to us and be retained in accordance with our document retention policy. Other materials, such as documents You provide to us, work products we provide to You, communications between You and us, trademark registration certificates, and license agreements, are client files and belong to You.

After our representation with respect to a certain matter has ceased, we will retain the client files for that matter for a period of time required by applicable rules of professional conduct or statute. At Your written request, we will return client file(s) to You or any person designated by You; in that event, we will have no obligation to retain the returned file(s). We may maintain some or all of the client file(s) for archival purposes. If our representation of You ends, and You have not made arrangements with us for disposition of client file(s), after the retention period we may destroy or otherwise dispose of those file(s) without further notice.

### 8. Applicable Law and Arbitration

We each acknowledge, understand, and agree that resolution of disputes through final, binding arbitration has certain advantages and disadvantages when compared with resolution of disputes in a court of law. Resolution of disputes through arbitration may be faster, less expensive, less burdensome and more private than resolution of disputes in court. On the other hand, resolution of disputes through final, binding arbitration may deprive both parties of the formal rights of discovery, the right to a trial by jury, and the right to an appeal. Understanding these advantages and disadvantages, we each agree that any disputes arising out of this engagement, other than disciplinary disputes, shall be resolved solely by arbitration.

Specifically, we each agree to arbitration solely by referral to the American Arbitration Association ("AAA") in Chicago, Illinois. We agree to jointly select, in accordance with the rules and procedures of the AAA, a single arbitrator, who shall be an attorney who is competent in the subject of the matter for which we have been retained. We also agree that the arbitration proceeding shall be conducted in Chicago, Illinois using the rules and procedures of the AAA and the substantive law of the State of Illinois. The decision of the arbitrator selected to resolve a dispute arising under this paragraph shall be final, binding, and not subject to review. Any final order by the arbitrator may be enforced, if necessary, by any court of competent jurisdiction. Each party shall bear their own attorney fees and expenses for representation at the arbitration, but shall share the expense and cost of the arbitrator equally.

Notwithstanding the foregoing, prior to submitting any dispute to arbitration the parties must attend mediation in a good faith effort to resolve said dispute.

### 9. Attorney-Client Privilege

The attorney-client privilege exists if a communication is made between You and us in confidence for the purpose of seeking, obtaining, or providing legal advises or services. Confidential information You share with us as part of the representation is generally protected by the attorney-client privilege. It is confidential unless You give us permission to disclose it.

Should you need to discuss or disclose our legal advices to You regarding This Matter with a third party, please keep in mind that the privilege may be waived either deliberately or inadvertently.

CONFIDENTIAL AND PRIVILEGED



ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America

### 10. Communication

Open communication is essential for us to provide effective representation of You. We will regularly keep You informed of the status of This Matter and will promptly notify You of any material developments. We will consult with You whenever appropriate.

You agree to communicate with us and provide us with complete and accurate information as needed to further This Matter. In addition, You will timely notify us of any material changes related to This Matter that may impact our representation, or any extended periods of time when You will be unavailable.

### 11. Privacy

While providing legal services to You, we may receive nonpublic personal information about You. All such information will be held in strict confidence and will not be disseminated to any person or entity outside this law firm without Your consent, unless such disclosure is required under the applicable law.

### 12. Entire Agreement

This Agreement constitutes the sole and entire agreement between You and us with respect to This Matter, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to This Matter. In the event of any inconsistency between this Agreement and other documents, this Agreement shall control.

Please review this Agreement carefully and let us know if You have any questions or concerns. If You agree to the terms of this Agreement, please sign it and return it to our attention.

We appreciate the opportunity to work with you and look forward to assisting you in This Matter. Should you have any questions, please feel free to contact us at any time.

Very truly yours,

Signature: _Grace Gong_
Name: Grace Gong

ACKNOWLEDGED AND AGREED

**SAFE & SAFETY INC.**

By: _Tieming Wang_
Name: Mingjie Wang
Date: 2/26/2024

**THE LAW OFFICE OF SHAOYI CHE, PLLC**

By: _Shy_
Name: Shaoyi Che
Date: 2/25/2024

CONFIDENTIAL AND PRIVILEGED

DocuSign Envelope ID: 032A1707-84F2-4A43-9914-31E3C5E637D0



ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
United States of America

## Exhibit A

| # | Brand | ASIN | Product Listing | Store Name | Entity Name |
|---|---|---|---|---|---|
| 1 | ONNAIS | B08J3NF381 | www.Amazon.com/dp/B08J3NF381 | Smartlivings | Shenzhenshimengdankejiyouxiangongsi |
| 2 | BILLCONCH | B0B6HYSFBF | https://www.amazon.com/Biometric-Fingerprint-Cloakroom-Nightstand-BILLCONCH/dp/B0B6HYSFBF/ref=zg_bs_g_13364370011_d_sccl_1/141-7855146-1651400?th=1 | BILLCONCH | Shen Zhen Shi Yi Luo Ke Ji You Xian Gong Si |
| | | B0C1B8B97J | https://www.amazon.com/Biometric-Fingerprint-Cloakroom-Nightstand-BILLCONCH/dp/B0C1B8B97J/ref=zg_bs_g_13364370011_d_sccl_1/141-7855146-1651400?th=1 | | |
| | | B0B3QPHZJ7 | www.Amazon.com/dp/B0B3QPHZJ7 | | |
| 3 | MOLICAR | B0BZS1FVGZ | www.Amazon.com/dp/B0BZS1FVGZ | MOLICAR-US | shenzhenshiweizhengkejiyouxiangongsi |
| 4 | SOULYI | B093H8DFQV | www.Amazon.com/dp/B093H8DFQV | SOULYI SAFE | ningboshuyianfangkejiyouxiangongsi |
| 5 | PINEWORLD | B0CJX75XJ8 | www.Amazon.com/dp/B0CJX75XJ8 | Pineworld Factory US | Jiangxi Fingerprint Intelligent Technology Co., Ltd. |
| | | B0CD7BJF1H | www.Amazon.com/dp/B0CD7BJF1H | | |
| 6 | AINIRO | B09VBL34Y7 | www.Amazon.com/dp/B09VBL34Y7 | huaxundirect | dongguanshihuaxunsujiaokejiyouxiangongsi |
| | | | | CLOUDESIGN-US | shenzhenyunlishejiyouxiangongsi |
| 7 | HOLEWOR | B0B6J6B57G | www.Amazon.com/dp/B0B6J6B57G | HOLEWOR-US | shenzhenshixinxinxiangrongdianzishangwuyouxianzerengongsi |
| | | B0B38YCVPB | www.Amazon.com/dp/B0B38YCVPB | | |
| | | B0C3Q7DTBT | www.Amazon.com/dp/B0C3Q7DTBT | | |
| | | B0C3HD1T44 | www.Amazon.com/dp/B0C3HD1T44 | | |
| | | B0B3927CLF | www.Amazon.com/dp/B0B3927CLF | | |
| 8 | movgul | B0C7QSD678 | www.Amazon.com/dp/B0C7QSD678 | movgul-us | odaqichewenhuachuanmeiShenzhenyouxiangongsi |
| 9 | BBRKIN | B087147CQK | www.Amazon.com/dp/B087147CQK | SECURITY SAFE | ningbomoyumaoyiyouxiangongsi |
| 10 | MOLICAR | B0C2P4NYS7 | www.Amazon.com/dp/B0C2P4NYS7 | MOLICAR-US | shenzhenshiweizhengkejiyouxiangongsi |
| 11 | KAER | B09QKPD1BX | www.Amazon.com/dp/B09QKPD1BX | Karmila | zhulixue |
| 12 | GLORYFIRE | B0B3RZV9ZS | www.Amazon.com/dp/B0B3RZV9ZS | Gloryfire | Tianjinshixinmaifuzhuangyouxiangongsi |
| 13 | movgul | B0C7QSSQH6 | www.Amazon.com/dp/B0C7QSSQH6 | movgul-us | odaqichewenhuachuanmeiShenzhenyouxiangongsi |

CONFIDENTIAL AND PRIVILEGED